UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------x

EDELEMIRA McBRIDE,

                              Plaintiff,       **DOCKET No.:**

             -against-

                                **CIVIL ACTION**

TED B. ROBINSON, KLLM TRANSPORT SERVICES, JOHN DOES 1-10 (fictitious name true names presently unknown) and ABC-XYZ CORPS., (fictitious names, true names presently unknown),    **NOTICE OF REMOVAL**

                              Defendants.
------------------------------------------------------------------x

**TO:    THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

Defendants, **KLLM TRANSPORT SERVICES, LLC and TED B. ROBINSON**, hereby remove this action from the Superior Court of the State of New Jersey, County of Middlesex, to the United States District Court for the District of New Jersey.

    1.    A civil action has been brought against Petitioners in the Superior Court of the State of New Jersey, County of Middlesex, entitled <u>Edelemira McBride v. KLLM Transport Services and Ted B. Robinson</u>, under Docket Number L-1503-17. A copy of the Summons and Complaint is annexed as Exhibit **"A"**. Defendants KLLM TRANSPORT SERVICES, LLC ("KLLM") and TED B. ROBINSON received notice of this action no earlier than March 24, 2017.

    2.    The above described action is one in which the Court has original jurisdiction under the provisions of 28 U.S.C. §1332, and is one which may be removed to this Court by Petitioners herein pursuant to the provisions of 28 U.S.C. §1332(a)(2) and (c)(1) and 28 U.S.C. §1441, in that it is a civil action between a citizen of one state and a corporation which is incorporated and has its principal places of business in another

state and an individual who is a citizen of another state. Upon information and belief, the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs.

3. Upon information and belief, at the time of the commencement of this action and at the filing of this Notice of Removal:

(a) Plaintiff is a citizen of the State of New Jersey, residing in the City of Perth Amboy, County of Middlesex;

(b) Defendant KLLM TRANSPORT SERVICES, LLC is a limited liability company organized and existing under the laws of Texas, with its principal place of business located at 135 Riverview Drive, Richland, MS 39218.

(c) Defendant TED B. ROBINSON is a citizen of the State of South Carolina, residing at 201 Tiliwa Court, Central, SC.

4. Plaintiff seeks money damages for personal injuries allegedly resulting from a motor vehicle accident that allegedly took place on or about April 30, 2015 on Amboy Avenue in the Borough of Metuchen, County of Middlesex, and State of New Jersey. It is alleged that plaintiff Edelemira McBride sustained serious personal injuries, physical and emotional injuries, permanent damages, loss of wages and other special damages.

5. Upon information and belief, the damages claimed are sufficient to meet the jurisdictional minimum amount in controversy. I have been advised by plaintiff counsel that his client's alleged injuries and damages will, in his view, exceed $75,000.

6. This notice of removal is timely, pursuant to 28 U.S.C. §1446(b)(3), since it is filed within thirty (30) days of receipt by KLLM of plaintiff's Summons and Complaint, on March 24, 2017. See stamped certified mail envelope, Exhibit **"B"**.

7. The petitioner will promptly file a copy of this Notice in the Superior Court of the State of New Jersey, County of Middlesex, and will serve a copy of same on the plaintiff in accordance with 28 U.S.C. §1446(d).

**WHEREFORE**, defendants **KLLM TRANSPORT SERVICES, LLC and TED B. ROBINSON** respectfully request that the action pending against it in the Superior Court of the State of New Jersey, County of Middlesex, be removed therefrom to this Court.

Dated: April 17, 2017

    STRONGIN ROTHMAN & ABRAMS, LLP
Attorneys for Defendants
**KLLM TRANSPORT SERVICES, LLC and TED B. ROBINSON**
70 South Orange Avenue, Suite 215
Livingston, NJ 07039

_____
BARRY S. ROTHMAN, ESQ. (BR-4639)