**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Clerk's Office – Newark, NJ**

EDELEMIRA MCBRIDE

                            Plaintiff,

v.                                   Case No.:
                                          2:17–cv–02601–WJM–MF

                                          Judge William J. Martini

KLLM TRANSPORT SERVICES,
LLC, et al.

                            Defendant.


Clerk, Superior Court of New Jersey
Middlesex County Courthouse
*56 Paterson Street
New Brunswick, NJ 08903

State No: MID–L–03–00017

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                          Very truly yours,

                                          William T. Walsh, Clerk
                                          By Deputy Clerk, sr

encl.
cc: All Counsel